```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
Vincent Baker
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      ) No. 2:08-cr-0398 MCE
                               )
            Plaintiff,         )
                               ) STIPULATION AND ORDER CONTINUING
     v.                        ) CASE AND EXCLUDING TIME
                               )
VINCENT BAKER,                 )
                               ) Date:  September 25, 2008
            Defendant.         ) Time:  9:00 a.m.
                               ) Judge: Hon. Morrison C. England, Jr.
_____)
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Richard J. Bender, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's September 25, 2008, calendar, that it be continued until, October 16, 2008, at 9:00 a.m., and that time be excluded between September 25, 2008, and October 16, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought due to the unavailability of the court,

a period of unavailability of counsel, and the need for counsel to further consult with Mr. Baker regarding alternative courses of action, and to consider a resolution of the case under terms presented by government counsel.

**IT IS SO STIPULATED.**

Dated:  September 23, 2008      /s/  Richard J. Bender
                                RICHARD J. BENDER
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated:  September 23, 2008      /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                TRENT MARK DAVIS

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 23, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2