DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VINCENT BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VINCENT BAKER,<br>Defendant. | No. 2:08-cr-0398 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: October 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Richard J. Bender, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 16, 2008, calendar, that it be continued until, October 29, 2008, at 9:00 a.m., and that time be excluded between October 16, 2008, and October 29, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought due to the unavailability of defense counsel between October 15, 2008, and October 22, 2008, and the need for counsel to further consult with Mr. Baker regarding alternative courses of action, and to consider a resolution of the case under terms presented by government counsel.

**IT IS SO STIPULATED.**

Dated: October 14, 2008

/s/ Richard J. Bender
RICHARD J. BENDER
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 14, 2008

/s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
VINCENT BAKER

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 15, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE